UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

**RONALD D. LEONARD,**

    **Plaintiff,**

v.

    **Civil Action 2:10-cv-00956**
    **Judge Michael H. Watson**
    **Magistrate Judge E.A. Preston Deavers**

**ROBIN KNAB,**

    **Defendant.**

## ORDER

This matter is before the Court for consideration of the United States Magistrate Judge's December 17, 2010 Report and Recommendation. (ECF No. 17.) Upon consideration of Plaintiff's Motion for a Temporary Restraining Order (ECF No. 14), the Magistrate Judge recommended that the Court Deny Plaintiff's Motion.

The Report and Recommendation of the Magistrate Judge specifically advises parties that the failure to object to the Report and Recommendation within fourteen days of the Report results in a "waiver of the right to *de novo* review . . . by the District Judge and waiver of the right to appeal the judgment of the District Court." (Report and Recommendation 5, ECF No. 17.) The time period for filing objections to the Report and Recommendation has expired. Plaintiff has not objected to the Report and Recommendation.

The Court has reviewed the Report and Recommendation of United States Magistrate Judge Elizabeth A. Preston Deavers, to whom this case was referred

pursuant to 28 U.S.C. § 636(b). Noting that no objections have been filed and that the time for filing such objections expired, the Court **ADOPTS** the Report and Recommendation of the Magistrate Judge. Plaintiff's Motion for a Temporary Restraining Order is **DENIED**. (ECF No. 14.)

**IT IS SO ORDERED.**

*/s/ Michael H. Watson*
**MICHAEL H. WATSON, JUDGE**
**UNITED STATES DISTRICT COURT**