UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

Ronald D. Leonard,

    Plaintiff,

v.                                              Case No. 2:10–cv–956

Robin Knab, *et al.*,               Judge Michael H. Watson

    Defendants.

## ADOPTION ORDER

    This matter is before the Court for consideration of the August 2, 2011 Report and Recommendation of the United States Magistrate Judge Elizabeth A. Preston Deavers, to whom this case was referred pursuant to 28 U.S.C. § 636(b).  ECF No. 30. The Magistrate Judge recommended that the Court dismiss Plaintiff's claim for injunctive relief without prejudice as moot and deny without prejudice as moot his motion requesting injunctive relief.

    The Report and Recommendation of the Magistrate Judge specifically advises parties that the failure to object to the Report and Recommendation within fourteen days of the Report results in a "waiver of the right to *de novo* review . . . by the District Judge and waiver of the right to appeal the judgment of the District Court."  Report and Recommendation 5, ECF No. 30.  The time period for filing objections to the Report and Recommendation has expired.  Plaintiff did not object to the Report and Recommendation.

The Court has reviewed the Report and Recommendation of the Magistrate Judge. Noting that no objections have been filed and that the time for filing such objections expired, the Court **ADOPTS** the Report and Recommendation of the Magistrate Judge, **DISMISSES WITHOUT PREJUDICE AS MOOT** his claim for injunctive relief, and **DENIES WITHOUT PREJUDICE AS MOOT** his motion requesting injunctive relief.

**IT IS SO ORDERED.**

_____
**MICHAEL H. WATSON, JUDGE**
**UNITED STATES DISTRICT COURT**