# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF OHIO
# EASTERN DIVISION

**RONALD D. LEONARD,**

    **Plaintiff,**

v.

Case No. 2:10–cv–956

**ROBIN KNAB, et al.,**

    **Defendants.**

**Judge Michael H. Watson**
**Magistrate Judge E.A. Preston Deavers**

## ORDER

This matter is before the Court for consideration of the United States Magistrate Judge's December 6, 2011 Report and Recommendation. ECF No. 38. The Magistrate Judge recommended that the Court dismiss the John Doe Defendant without prejudice pursuant to Federal Rule of Civil Procedure 4(m).

The Report and Recommendation of the Magistrate Judge specifically advises Plaintiff that the failure to object to the Report and Recommendation within fourteen days of the Report results in a "waiver of the right to *de novo* review . . . by the District Judge and waiver of the right to appeal the judgment of the District Court." Report and Recommendation 2, ECF No. 38. The time period for filing objections to the Report and Recommendation has expired. Plaintiff has not objected to the Report and Recommendation.

The Court has reviewed the Report and Recommendation. Noting that no objections have been filed and that the time for filing such objections expired, the Court

ADOPTS the Report and Recommendation, ECF No. 38, and **DISMISSES WITHOUT PREJUDICE** the John Doe Defendant pursuant to Rule 4(m).

**IT IS SO ORDERED.**

_/s/ Michael H. Watson_
**MICHAEL H. WATSON, JUDGE
UNITED STATES DISTRICT COURT**