UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

Ronald D. Leonard,

    Plaintiff,

v.

Robin Knab, *et al.*,

    Defendants.

Case No. 2:10–cv–956

Judge Michael H. Watson

## ORDER

On January 22, 2013, United States Magistrate Judge Deavers, to whom this case was referred pursuant to 28 U.S.C. § 636(b)(1)(B) and General Order 95-2 for the Southern District of Ohio Eastern Division of Columbus, filed a Report and Recommendation concerning the disposition of Ronald D. Leonard's ("Plaintiff") complaint in this prisoner civil rights case. The Report and Recommendation recommended granting Defendant's unopposed motion for summary judgment, ECF No. 43.

The Report and Recommendation notified the parties of their right to file objections to the Report and Recommendation pursuant to 28 U.S.C. § 636(b)(1) and Federal Rule of Civil Procedure 72(b). The Report and Recommendation further specifically advised the parties that the failure to object to the Report and Recommendation within fourteen days would result in a waiver of the right to de novo review by the District Judge and the right to appeal the decision of the

District Judge adopting the Report and Recommendation.  Report and Recommendation 5, ECF No. 44.  The deadline for filing such objections has passed, and no objections were filed.

Having received no objections, the Report and Recommendation is adopted.  Summary Judgment is granted for Defendant, ECF No. 43.  The Clerk shall enter final judgment and terminate the case.

**IT IS SO ORDERED.**

_____
**MICHAEL H. WATSON, JUDGE
UNITED STATES DISTRICT COURT**